LENA KRONENBERG et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued October 19, 1942; decided November 25, 1942.

*Andrew F. VanThun, Jr.*, and *Isidore R. Gross* for appellants.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Ruth Levinson* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.